# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN QUINTON CANNEDY AND | § | |
| CARLA JO CANNEDY | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-46 |
| | § | (Judge Mazzant/Judge Nowak) |
| WELLS FARGO BANK, N.A., U.S. BANK, | § | |
| N.A., TRUSTEE, AND CHRISTIAN | § | |
| CLAUDIO | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 28, 2016, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand (Dkt. #12) be denied and Plaintiffs' claims against Christian Claudio be dismissed without prejudice because Christian Claudio was improperly joined.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand (Dkt. #12) is **DENIED**.

It is further **ORDERED** that Plaintiffs' claims against Defendant Christian Claudio are

**DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 20th day of July, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE